# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                          Plaintiff,

vs.                                            Case Number: 13-cr-4-GKF  
                                                   Proceeding: PT/Motion Hearing  
Tarran Arnel Brinson,                      Date: 5-16-2013  
                         Defendant(s).      Court Time: 1:55 - 2:45

## MINUTE SHEET

Gregory K. Frizzell, U.S. Chief District Judge      H. Overton, Deputy Clerk      Brian Neil, Reporter

Counsel for Plaintiff: Trent Shores, Danny Williams, Clint Johnson, (Paul DeMuro for Witness)

Counsel for Defendant: Allen Smallwood, Ret., Deft. Present

Minutes:

Deft. Mot #77 pending, arguments made, mot denied.

Deft. Mot #76 pending, arguments made, mot Denied

Court will conduct voir dire.

Deft. Mot #80 denied.

Deft. Mot #81 if it is a motion is denied.

Gov.t mot #94 is denied.

Deft. Face to face interview w/witness discussed.

Deft. Mot. #56 is moot per #68 & 74