IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
MAY 2 8 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CR-04-GKF |
| | ) | |
| TARRAN ARNEL BRINSON, | ) | |
| | ) | |
| Defendant. | ) | |

### VERDICT FORM

We, the jury, being duly sworn and upon our oaths, find the defendant, Tarran Arnel Brinson, with respect to the Third Superseding Indictment:

**Count One:**

Not Guilty _____    Guilty ___✓_____

**Count Two:**

Not Guilty _____    Guilty ___✓_____

**Count Three:**

Not Guilty _____    Guilty ___✓_____

**Count Four:**

Not Guilty _____    Guilty ___✓_____

**Count Five:**

Not Guilty _____          Guilty ___✓_____

**Count Six:**

Not Guilty _____          Guilty ___✓_____


_____          _5/28/13_____
FOREPERSON                          DATE